IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| JAMES A. CHRISTOPHER,<br><br>    Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY,<br><br>    Defendant. | §<br>§<br>§<br>§   C.A. No. 1:19-cv-01197-KWR-SCY<br>§<br>§<br>§<br>§ |

## AGREED ORDER OF DISMISSAL

The parties having advised the Court that the matters in controversy have been resolved, it is accordingly

**ORDERED, ADJUDGED and DECREED** that all claims asserted or assertable herein by Plaintiff against Defendant are released and **DISMISSED WITH PREJUDICE**; and it is further **ORDERED, ADJUDGED and DECREED** that all attorneys' fees and costs are taxed against the party incurring same.

**SO ORDERED.**

**SIGNED** this 27th day of May, 2020.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE

**STIPULATED AND AGREED TO:**

By: */s/ Nicholas T. Lavella*
    Daniel T. Cornish
    dcornish@2keller.com
    Michael G. Duran
    michaeld@2keller.com

**KELLER & KELLER**
505 Marquette Ave NW #1300
Albuquerque, NM 87102
(505) 938-2300
(505) 938-2301 (fax)

and

Nicholas T. Lavella
nlavella@2keller.com

**KELLER & KELLER, LLP**
2850 N. Meridian Street
Indianapolis, IN 46205
(317) 275-3076
(317) 926-1411 (fax)

**ATTORNEYS FOR PLAINTIFF**

By: */s/ Ryan K. McComber*
    Lorna M. Wiggins
    lwiggins@wwwlaw.us

**WIGGINS, WILLIAMS & WIGGINS, P.C.**
1803 Rio Grande, NW
Albuquerque, New Mexico 87104
(505) 764-8400
(505) 764-8585 (fax)

and

Ryan K. McComber
NMBN 20-53
ryan.mccomber@figdav.com

**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (fax)

**ATTORNEYS FOR DEFENDANT**